# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

BRANDON R. LANE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3811
_____

August 16, 2024

Appeal from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Andrea Flynn Mogensen of the Law office of Andrea Flynn Mogensen, P.A., Sarasota, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.